United States Bankruptcy Court
District of Connecticut

In re:

Case Number: 17-50092
Chapter: 7

Christopher D. Patrick
Iris T. Patrick

Debtor*

**ORDER DISMISSING DEBTOR'S CHAPTER 7 CASE**

The above−referenced case was electronically filed on January 30, 2017. Although the case was opened in the name of the Debtors, a voluntary petition signed by the Debtors under penalty of perjury was not filed in accordance with 11 U.S.C. § 301 and/or Federal Rule of Bankruptcy Procedure 9001 as is required to commence a voluntary bankruptcy case. Accordingly, it is hereby

**ORDERED:** The Debtor's Chapter 7 case is **DISMISSED**; and it is further

**ORDERED:** To the extent that the automatic stay provisions of 11 U.S.C. § 362 were in effect in this case, the automatic stay is annulled to the date of filing of the case, January 30, 2017, due to the failure of the Debtors to sign and file a voluntary petition as required by 11 U.S.C. § 301.

DATED: January 31, 2017

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut

*For the purposes of this order, "Debtor" means "Debtors" where applicable.